GLADSTONE CLARKE, an Infant, by ROSALIE GOUTINK, His Guardian ad Litem, Respondent, *v.* FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant

*Clarke* v. *Forty-second St., M. & St. N. Ave. Ry. Co.*, 168 App. Div. 915, affirmed.

(Argued January 16, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The complaint alleged that plaintiff while crossing Broadway in the city of New York was struck by one of defendant's cars and received the injuries complained of. There was testimony to the effect that the plaintiff was going across the street diagonally. While the plaintiff was crossing the track the motorman started the car, and after he had got over the last rail, but before he could get clear of the track sufficiently to allow the car to pass, the part of the car that projects and forms a sort of shoulder struck him and caused him to stumble and fall so that his hand went under the car and was run over by the rear wheels.

*Alfred T. Davison* and *William Paul Allen* for appellant.
*James I. Cuff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ.   Not sitting: MCLAUGHLIN, J.